UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY D. BARGER,
aka GARY FRANCIS FISHER,

    Plaintiff,

    v.

ROBERT H. STOVER, et al.,

    Defendants.

Case No. 13-cv-05247-WHO (PR)

**ORDER OF TRANSFER**

This federal civil rights action is hereby TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Kings County, which is in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** November 25, 2013

                                              WILLIAM H. ORRICK
                                              United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY D BARGER,

        Plaintiff,

  v.

STOVER et al,

        Defendant.

Case Number: CV13-05247 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 25, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary D. Barger F85263
Pelican Bay State Prison B-2-104
P.O. Box 7000
Crescent City, CA 95532-7000

Dated: November 25, 2013

Richard W. Wieking, Clerk
   By: Jean Davis, Deputy Clerk